UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

April 23, 2013

Frederick B. Rosner
Julia Klein
THE ROSNER LAW GROUP LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801

Counsel to Defendant
DC Construction Associates, Inc.
a/k/a DC Construction Associates

Sally E. Veghte
KLEHR HARRISON HARVEY
BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Counsel for Plaintiff George L. Miller,
Chapter 7 Trustee

**Re: George L. Miller, Chapter 7 Trustee for DBSI ST Tower LeaseCo LLC v. DC Construction Associates, Inc. a/k/a DC Construction Associates**
**Adv. Proc. No. 10-54644**

Dear Counsel:

This letter ruling is with respect to Defendant's motion for reconsideration of the Court's letter ruling of March 7, 2013. (Doc. # 60) For the reason briefly stated below, I will deny the motion.

2

On page 8 of the motion, Defendant cites a law review article as follows:

> As one legal commentator noted, a summary judgment motion "merely requires the judge to assume that the parties and their witnesses would testify at a hearing just as they have in their affidavits and then to decide whether such testimony would entail a conflict that might be decided more accurately after observing the witness' demeanor at a live hearing ... [W]hen an affidavit is used solely to predict what witnesses are likely to say, its significance lies solely in the fact that it was made, and is therefore not hearsay." James Joseph Duane, *The Four Greatest Myths About Summary Judgment*, 52 WASH. & LEE L. REV. 1523, 1544 (1995).

In reliance upon that quote, Defendant asserts:

> The declaration is offered as evidence of what Mr. Peck's in-court testimony would be, should this case go to trial, and the Court should accept it at the summary judgment stage even if it contains elements of hearsay.

(Doc. # 60, p. 8.)

I reject Defendant's position and I therefore deny the motion for reconsideration.  **SO ORDERED.**

                                        Very truly yours,

                                        *[signature]*

                                        Peter J. Walsh

PJW:ipm